UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                              Cr. No. 96-80554
                                    Judge: JOHN CORBETT O'MEARA

LEROY GENE ALLEN,

        Defendant.
_____/

## ORDER
### EXTENDING TIME TO VOLUNTARILY SURRENDER

Upon the Stipulation of the parties and the Court having been apprised of the circumstances;

**IT IS HEREBY ORDERED** that the Defendant's extension of time to voluntarily surrender be extended from June 23, 2006 to October 25, 2006.

**SO ORDERED.**

                                              s/John Corbett O'Meara
                                              HONORABLE JOHN CORBETT O'MEARA

Entered:  6/13/06